Thomas G. HARRIS, an Insane Person, by Guy Harris, his Guardian, Appellant, v. UNITED STATES of America, Appellee.

No. 7458.

Circuit Court of Appeals, Ninth Circuit.

May 10, 1935.

For opinion below, see 5 F. Supp. 368.

A. L. Merrill and R. D. Merrill, both of Pocatello, Idaho, and Jess Hawley and Oscar W. Worthwine, both of Boise, Idaho, for appellant.

John A. Carver, U. S. Atty., of Boise, Idaho, Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., and Wilbur C. Pickett and Fendall Marbury, Sp. Assts. to Atty. Gen., for the United States.

Before WILBUR and GARRECHT, Circuit Judges, and NORCROSS, District Judge.

PER CURIAM.

In view of the resolution of Congress of January 28, 1935 (38 USCA § 445c) with relation to what constitutes a disagreement within the meaning of 38 USCA § 445, making the same retroactive as of July 3, 1930, and applicable to all suits pending on Jan-

uary 28, 1935, the order of affirmance, heretofore entered May 6, 1935, is vacated. The decision of the District Court dismissing the action is reversed, and the case remanded, with leave to the plaintiff to amend his complaint "to the end that further proceedings may be had in accordance with the Resolution." Frederick v. U. S., 55 S. Ct. 511, 79 L. Ed. ——.